1

2

3

4          UNITED STATES DISTRICT COURT

5          NORTHERN DISTRICT OF CALIFORNIA

6

7    SENARBLE CAMPBELL,                    Case No.  13-cv-05084-YGR  (PR)

          Plaintiff,                       **ORDER GRANTING DEFENDANTS'**
8                                          **MOTION FOR EXTENSION OF TIME**
          v.                               **TO FILE DISPOSITIVE MOTION**
9
     W. STRUFFERT, et al.,
10
          Defendants.
11

12          Defendants have requested a twenty-one day extension of time up to and including January

13   23, 2015, to file a motion for summary judgment or other dispositive motion.

14          The Court has read and considered Defendants' request as well as the accompanying

15   declaration of counsel, and finds good cause exists to grant the request.  Accordingly, Defendants'

16   request is GRANTED.

17          The deadline for Defendants to file a dispositive motion is continued to **January 23, 2015**.

18   Plaintiff shall file any opposition to Defendants' motion within **twenty-eight (28) days** of the date

19   the motion is filed.  A reply brief shall be filed no later than **fourteen (14) days** from the date on

20   which the opposition is filed.

21          The motion shall be deemed submitted as of the date the reply brief is due.  No hearing

22   will be held on the motion unless the Court so orders at a later date

23          This Order terminates Docket No. 25.

24          IT IS SO ORDERED.

25   Dated:  December 19, 2014

26                                         _____
                                           YVONNE GONZALEZ ROGERS
27                                         United States District Judge

28

United States District Court
Northern District of California