UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SENARBLE CAMPBELL,

    Plaintiff,

v.

W. STRUFFERT, et al.,

    Defendants.

Case No. 13-cv-05084-HSG (PR)

**ORDER DENYING PLAINTIFF'S REQUEST FOR MENTAL HEALTH EVALUATION**

Re: Dkt. No. 71

On May 14, 2014, plaintiff, a state prisoner incarcerated at California State Prison, Sacramento, filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983, alleging constitutional violations by staff at Pelican Bay State Prison ("PBSP"), where he was formerly incarcerated. On August 28, 2014, the Court screened the amended complaint, found it stated cognizable claims, and ordered service on three defendants at PBSP. On June 19, 2015, defendants filed their motion for summary judgment. Plaintiff's opposition thereto is currently due on or before July 17, 2015.

Now before the Court is plaintiff's request for a court order directing his current jailors to provide him with a mental health evaluation. The Court lacks jurisdiction over individuals at plaintiff's current prison. Accordingly, the request is DENIED.

If plaintiff wishes to complain about the conditions of confinement at California State Prison, Sacramento, he should file a civil rights complaint in the proper district (which would be the Eastern District of California) after exhausting administrative remedies for any such claims.

This order terminates Docket No. 71.

**IT IS SO ORDERED.**

Dated: 7/1/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge