UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>W. STRUFFERT, et al.,<br><br>Defendants. | Case No. 13-cv-05084-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 73 |

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **August 17, 2015**. Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

Plaintiff reports that, as a result of multiple suicide attempts, he was recently transferred to California State Prison, Sacramento, and was placed in the Mental Health Crisis Bed Unit. Plaintiff reports that he does not have his legal papers and is not "in any shape mentally" to respond to summary judgment. *See* Dkt. No. 73. He also reports that his "desire to no longer live" is affecting his "ability to proceed with this legal matter." *See id.*

The Court is mindful that Plaintiff may still be undergoing mental health treatment at his new facility, making it difficult for him to litigate the instant action. Accordingly, in lieu of filing his opposition at this time, Plaintiff may, within **fourteen (14)** days of this order, request a limited stay of this action pending completion of treatment. If Plaintiff requests a limited stay, Defendants

1   are directed to file a response or statement of non-opposition within **fourteen (14)** days of receipt
2   of the request.
3       This order terminates Docket No. 73.
4       **IT IS SO ORDERED.**
5   Dated: 7/10/2015

                                     HAYWOOD S. GILLIAM, JR.
                                     United States District Judge