UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>             Plaintiff,<br><br>   v.<br><br>W. STRUFFERT, et al.,<br><br>             Defendants. | Case No.  13-cv-05084-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 76 |

Good cause appearing, Plaintiff's request for an extension of time to file an opposition to Defendants' motion for summary judgment is GRANTED.  Plaintiff shall file his opposition no later than **September 17, 2015**.  Defendants shall file their reply no later than **fourteen (14)** days after the date of service of the opposition.

This order terminates Docket No. 76.

**IT IS SO ORDERED.**

Dated: 7/14/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge