UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SENARBLE CAMPBELL,

    Plaintiff,

v.

W. STRUFFERT, et al.,

    Defendants.

Case No. 13-cv-05084-HSG (PR)

**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME**

Re: Dkt. No. 80

On May 14, 2014, plaintiff, a state prisoner incarcerated at California State Prison, Sacramento ("CSP-SAC"), filed a *pro se* amended complaint pursuant to 42 U.S.C. § 1983, alleging constitutional violations by staff at Pelican Bay State Prison ("PBSP"), where he was formerly incarcerated. On August 28, 2014, the Court screened the amended complaint, found it stated cognizable claims, and ordered service on three defendants at PBSP. On June 19, 2015, defendants filed their motion for summary judgment. Following three extensions of time, plaintiff's opposition is currently due on or before October 19, 2015.

Now before the Court is plaintiff's fourth request for an extension of time. Plaintiff seeks an extension of 21 days to file his opposition. Plaintiff has also filed a renewed request for appointment of counsel asserting that he is not currently mentally competent to represent himself due to his recent suicide attempts and placement in the psychiatric seclusion unit. Plaintiff further seeks a court order directing CSP-SAC to provide his health records to this Court to establish his mental incompetency.

Good cause appearing, plaintiff's request for a 21-day extension of time to file an opposition to defendants' motion for summary judgment is GRANTED. Plaintiff shall file his opposition no later than **November 9, 2015**. Defendants shall file their reply no later than

**fourteen (14)** days after the date of service of the opposition. No further extensions will be granted.

Plaintiff's renewed request for appointment of counsel and request for mental health records are DENIED as unnecessary. Plaintiff appears to have overlooked that portion of the Court's July 10, 2015 order offering plaintiff an opportunity to request a limited stay of the action while he undergoes mental health treatment. The Court reiterates here that, in lieu of filing his opposition at this time, plaintiff may, within **fourteen (14)** days of this order, request a limited stay of this action pending completion of mental health treatment. If plaintiff requests a limited stay, defendants are directed to file a response or statement of non-opposition within **fourteen (14)** days of receipt of the request.

The Court requests that CSP-SAC prison officials provide plaintiff with the necessary assistance to review this order. The Clerk shall send a copy of this order to the CSP-SAC Litigation Coordinator.

This order terminates Docket No. 80.

**IT IS SO ORDERED.**

Dated: 10/13/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge

2