UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>    Plaintiff,<br><br>    v.<br><br>W. STRUFFERT, et al.,<br><br>    Defendants. | Case No. 13-cv-05084-HSG (PR)<br><br>**ORDER GRANTING MOTION TO FILE EXCESS PAGES**<br><br>Re: Dkt. No. 82 |

Plaintiff's motion to file excess pages as part of his opposition to defendants' motion for summary judgment is GRANTED. Plaintiff's October 20, 2015 opposition is accepted for filing. This order terminates Docket No. 82.

**IT IS SO ORDERED.**

Dated: 10/26/2015

HAYWOOD S. GILLIAM, JR.
United States District Judge