UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br>　　　　　Plaintiff,<br>　　v.<br>W. STRUFFERT, et al.,<br>　　　　　Defendants. | Case No. 13-cv-05084-HSG (PR)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSIONS OF TIME**<br><br>Re: Dkt. No. 84 |

GOOD CAUSE APPEARING, defendants' motion for extensions of time to: (1) file an opposition to plaintiff's cross-motion for summary judgment, and (2) file a reply to plaintiff's opposition to defendants' motion for summary judgment are hereby GRANTED. Both filings are due on or before December 21, 2015. Regarding defendants' opposition to plaintiff's cross-motion for summary judgment, plaintiff may file a reply brief no later than **fourteen (14)** days after defendants' opposition is filed.

This order terminates Docket No. 84.

**IT IS SO ORDERED.**

Dated: 11/9/2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge