IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENARBLE CAMPBELL,**<br><br>Plaintiff,<br><br>v.<br><br>**W. STRUFFERT, et al.,**<br><br>Defendants. | Case No. C 13-05084-HSG (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO REMOVE ECF NO. 60-1 FROM CASE DOCKET |

On March 10, 2015, this Court issued a protective order barring further use of Plaintiff's November 17, 2014 deposition transcript. (Order Addressing Pending Mots. 1-3, ECF No. 52.) Plaintiff was deposed for a second time and, on June 19, 2015, Defendants' D. McGuirt, J. Phillips, and W. Struffert filed their Motion for Summary Judgment, intending to rely on testimony from Plaintiff's second deposition. (*See* Decl. Ellis Supp. Defs.' Not. Mot. & Mot. Summ. J. 1-2, ECF No. 60). Plaintiff filed an oversized joint opposition to Defendants' motion and cross-motion for summary judgment on October 20, 2015, and Defendants were granted an extension to prepare a reply and opposition. (*See* Pl.'s Mot. Opp. Defs.' Mot. Summ. J. & Cross-Mot. Summ. J., ECF No. 83; Defs.' Mot. Exten. Time File Reply & Opp. Pl's Cross-Mot. Summ. J., ECF No. 84; Order Granting Defs.' Mot. Exten. Time File Reply & Opp. Pl's Cross-Mot. Summ. J. 1, ECF No. 89.)

1

[Proposed] Order Defs.' Admin. Mot. Remove ECF No. 60-1 From Case Dkt. (C 13-05084-HSG (PR))

1 On December 10, 2015, Defendants discovered that they had inadvertently filed excerpts of the protected November 17, 2014 deposition transcript. Defendants promptly filed a notice of errata containing admissible deposition testimony as well as an administrative motion for an order removing the erroneously filed protected material from the case docket.

The Court has read and considered Defendants' motion as well as the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' administrative motion to remove ECF No. 60-1 from the docket is GRANTED.

**IT IS ORDERED**

Dated: 12/18/2015

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.

2

[Proposed] Order Defs.' Admin. Mot. Remove ECF No. 60-1 From Case Dkt. (C 13-05084-HSG (PR))