IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SENARBLE CAMPBELL,**<br><br>Plaintiff,<br><br>v.<br><br>**W. STRUFFERT, et al.,**<br><br>Defendants. | Case No. C 13-05084-HSG (PR)<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' SECOND MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY AND OPPOSITION TO PLAINTIFF'S OPPOSITION AND CROSS-MOTION FOR SUMMARY JUDGMENT |

  On December 11, 2015, Defendants' D. McGuirt, J. Phillips, and W. Struffert filed their Second Motion for an Extension of Time to File a Reply and Opposition to Plaintiff's Opposition and Cross-motion for Summary Judgment.  Defendants' motion request is based on the following case history.

  Plaintiff was deposed on November 17, 2014.  Plaintiff later moved for a protective order barring further use of his deposition.  On March 10, 2015, this Court issued a protective order barring further use of Plaintiff's November 17, 2014 deposition transcript.  (Order Addressing Pending Mots. 1-3, ECF No. 52.)  Plaintiff was deposed for a second time on May 11, 2015.  On June 19, 2015, Defendants' D. McGuirt, J. Phillips, and W. Struffert filed their pending motion for summary judgment, in which they cite to testimony from Plaintiff's May 11 deposition.  (*See* Decl. Ellis Supp. Defs.' Not. Mot. & Mot. Summ. J. 1-2, ECF No. 60).  Defendants, however,

1

[Proposed] Order Defs.' Second Mot. Extend Time to File
Reply & Opp. Pl's Opp. & Cross-Mot. Summ. J. (C 13-05084-HSG (PR))

inadvertently filed their summary-judgment motion along with excerpts from Plaintiff's prohibited November 17, 2014 deposition transcript, rather than Plaintiff's admissible May 11, 2015 deposition transcript.

Plaintiff filed a combined opposition to Defendants' motion and cross-motion for summary judgment on October 20, 2015. (*See* Pl.'s Mot. Opp. Defs.' Mot. Summ. J. & Cross-Mot. Summ. J., ECF No. 83.) His combined opposition and cross-motion relies heavily on his November 17, 2014 deposition testimony. (*See, e.g.,* Pl.'s Mot. Opp. Defs.' Mot. Summ. J. & Cross-Mot. Summ. J. 7, 9, 27, 42; Exs. Pl.'s Mot. Opp. Defs.' Mot. Summ. J. & Cross-Mot. Summ. J. 56-69.)

On December 10, 2015, Defendants discovered that they had inadvertently filed excerpts of the protected November 17, 2014 deposition transcript in place of the May 11, 2015 transcript. Defendants promptly filed a notice of errata containing the admissible May 11, 2015 deposition testimony as well as an administrative motion for an order removing the erroneously filed protected material from the case docket. Defendants also moved for a 60-day extension to permit Plaintiff time to amend his filings, and to permit Defendants time to respond to any amended filings by Plaintiff.

The Court has read and considered Defendants' motion for an second extension as well as the accompanying declaration of counsel, and finds good cause exists to grant the motion. Accordingly, Defendants' motion for second extension of time is GRANTED.

Plaintiff may file an amended opposition and cross-motion for summary judgment within 30 days of this order. The deadline for Defendants to file their reply and opposition is continued 60 days from the date of this order. Plaintiff may not file a sur-reply to Defendants' motion for summary judgment without leave as outlined by the Court's civil local rules. Plaintiff's reply in support of his cross-motion shall be filed no later than 14 days from the date on which Defendants' opposition is filed.

**IT IS ORDERED**

Dated: 12/18/2015

The Honorable Haywood S. Gilliam, Jr.

2

[Proposed] Order Defs.' Second Mot. Extend Time to File
Reply & Opp. Pl's Opp. & Cross-Mot. Summ. J. (C 13-05084-HSG (PR))