UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>            Plaintiff,<br><br>   v.<br><br>W. STRUFFERT, et al.,<br><br>           Defendants. | Case No. 13-cv-05084-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE: (1) AMENDED OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND (2) AMENDED CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Re: Dkt. No. 104 |

      Good cause appearing, plaintiff's request for an extension of time to file: (1) an amended opposition to defendants' motion for summary judgment, and (2) an amended cross-motion for summary judgment is GRANTED. Plaintiff shall file the above-documents on or before **February 1, 2016**. Defendants shall file their reply and opposition no later than **28 days** from the date the plaintiff's amended opposition and amended cross-motion are filed. Plaintiff's reply in support of his cross-motion shall be filed no later than **14 days** from the date on which defendants' opposition is filed.

      This order terminates Docket No. 104.

      **IT IS SO ORDERED.**

Dated: 1/12/2016

                                                      HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge