United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. STRUFFERT, et al.,<br><br>　　　　　Defendants. | Case No. 13-cv-05084-HSG (PR)<br><br>**ORDER GRANTING MOTION TO FILE EXCESS PAGES**<br><br>Re: Dkt. No. 107 |

Plaintiff's motion to file excess pages as part of his amended opposition to defendants' motion for summary judgment and amended cross-motion for summary judgment is GRANTED. Plaintiff's January 14, 2016 amended opposition and cross-motion is accepted for filing.

This order terminates Docket No. 107.

**IT IS SO ORDERED.**

Dated: 1/22/2016

　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge