UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SENARBLE CAMPBELL,<br><br>Plaintiff,<br><br>v.<br><br>W. STRUFFERT, et al.,<br><br>Defendants. | Case No. 13-cv-05084-HSG (PR)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>Re: Dkt. No. 114 |

GOOD CAUSE APPEARING, plaintiff's motion for an extension of time to file a reply to defendants' opposition to plaintiff's cross-motion for summary judgment is GRANTED. Plaintiff's opposition, filed February 25, 2016, is deemed timely.

To the extent plaintiff also seeks an extension of time to file a sur-reply on defendants' motion for summary judgment, the request is DENIED. Defendants' motion for summary judgment is submitted, and plaintiff has not shown cause as to why a sur-reply is required.

This order terminates Docket No. 114.

**IT IS SO ORDERED.**

Dated: 3/1/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge