UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SENARBLE CAMPBELL,

    Plaintiff,

  v.

W. STRUFFERT, et al.,

    Defendants.

Case No.  13-cv-05084-HSG (PR)

**JUDGMENT**

Pursuant to the Order Granting Defendants' Motion for Summary Judgment & Denying Plaintiff's Cross-Motion for Summary Judgment, judgment is entered in favor of Defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated:  3/22/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge